IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-00019-F1
No. 7:13-CV-00284-F

| | |
|---|---|
| ARMON LEWIS PINION,<br><br>  Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | **ORDER** |

This matter is before the court on Petitioner Armon Lewis Pinion's motion [DE-82] to amend his previously filed motion to vacate, set aside, or correct his sentence. Petitioner's motion to amend asserts a challenge based on *Johnson v. United States*, 135 S. Ct. 2551 (2015). A review of the record reveals that Petitioner previously qualified for appointed counsel. Therefore, pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015), the Office of the Federal Public Defender is appointed to represent Petitioner to determine if he may qualify for post-conviction relief.

SO ORDERED.

This the 2v day of June, 2016.

*James C. Fox*

JAMES C. FOX
Senior United States District Judge